# EXHIBIT 2

Int. Cl.: 14

Prior U.S. Cl.: 28

United States Patent and Trademark Office

Reg. No. 1,094,375
Registered June 27, 1978

## TRADEMARK
Principal Register



James Avery Craftsman, Inc. (Texas corporation)
P.O. Box 1367
Kerrville, Tex. 78028

For: JEWELRY, COINS, MEDALS AND MEDALLIONS, in CLASS 14 (U.S. CL. 28).
First use December 1954; in commerce December 1954.
Owner of Reg. Nos. 995,748, 1,060,502, and others.

Ser. No. 137,155, filed Aug. 11, 1977.

D. M. SOROKA, Examiner

Int. Cl.: **14**

Prior U.S. Cl.: **28**

**United States Patent and Trademark Office**  Reg. No. **1,422,771**
Registered Dec. 30, 1986

## TRADEMARK
PRINCIPAL REGISTER

### JAMES AVERY

JAMES AVERY CRAFTSMAN, INC. (TEXAS CORPORATION)
P. O. BOX 1367
KERRVILLE, TX 78028

FOR: JEWELRY, IN CLASS 14 (U.S. CL. 28).
FIRST USE 9-5-1985; IN COMMERCE 9-5-1985.

OWNER OF U.S. REG. NOS. 1,123,504 AND 1,196,522.

THE NAME "JAMES AVERY" IS THE NAME OF A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 583,829, FILED 2-20-1986.

ROBERT PEVERADA, EXAMINING ATTORNEY

Int. Cl.: **14**

Prior U.S. Cl.: **28**

Reg. No. **1,422,771**

# United States Patent and Trademark Office  Registered Dec. 30, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## JAMES AVERY

JAMES AVERY CRAFTSMAN, INC. (TEXAS CORPORATION)
P. O. BOX 1367
KERRVILLE, TX 78028

FOR: JEWELRY, IN CLASS 14 (U.S. CL. 28).
FIRST USE 9-5-1985; IN COMMERCE 9-5-1985.
OWNER OF U.S. REG. NOS. 1,123,504 AND 1,196,522.

THE NAME "JAMES AVERY" IS THE NAME OF A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 583,829, FILED 2-20-1986.

ROBERT PEVERADA, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 4,510,674** | JAMES AVERY CRAFTSMAN, INC. (TEXAS CORPORATION) |
| **Registered Apr. 8, 2014** | P.O. BOX 291367<br>KERRVILLE, TX 78029 |
| **Int. Cl.: 14** | FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50). |
| **TRADEMARK** | FIRST USE 0-0-1956; IN COMMERCE 0-0-1956. |
| **PRINCIPAL REGISTER** | OWNER OF U.S. REG. NOS. 1,094,375 AND 1,151,304. |

THE MARK CONSISTS OF A CANDELABRA HAVING THE LETTER "J" POSITIONED AT THE LOWER LEFT SIDE AND THE LETTER "A" POSITIONED TO THE LOWER RIGHT SIDE.

SER. NO. 86-053,003, FILED 8-30-2013.

SUE LAWRENCE, EXAMINING ATTORNEY



**Deputy Director of the United States Patent and Trademark Office**

Int. Cl.: 14

Prior U.S. Cl.: 28

**United States Patent Office**

Reg. No. 1,045,381
Registered Aug. 3, 1976

## TRADEMARK
Principal Register

## AVERY

James Avery Craftsman, Inc. (Texas corporation)
P.O. Box 1367
Kerrville, Tex. 78028

For: JEWELRY, in CLASS 14 (U.S. CL. 28).
First use 1954; in commerce 1954.

Ser. No. 63,200, filed Sept. 16, 1975.

R. J. KORANSKY, Examiner

Int. Cl.: 14

Prior U.S. Cl.: 28

## United States Patent Office

Reg. No. 1,046,775
Registered Aug. 24, 1976

## TRADEMARK
Principal Register

## AVERY

James Avery Craftsman, Inc. (Texas corporation)
P.O. Box 1367
Kerrville, Tex. 78028

For: COINS, MEDALS AND MEDALLIONS, in CLASS 14 (U.S. CL. 28).
First use 1954; in commerce 1954.

Ser. No. 63,201, filed Sept. 16, 1975.

R. J. KORANSKY, Examiner

# United States of America
## United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 6,016,213** | James Avery Craftsman, Inc. (TEXAS CORPORATION) |
| **Registered Mar. 24, 2020** | P.o. Box 291367<br>Kerrville, TEXAS 78029 |
| **Int. Cl.: 14** | CLASS 14: Jewelry |
| **Trademark** | FIRST USE 7-26-1996; IN COMMERCE 7-26-1996 |
| **Principal Register** | The mark consists of a three-dimensional configuration of jewelry comprising an outline of an off-center heart. |
| | SEC.2(F) |
| | SER. NO. 88-070,000, FILED 08-08-2018 |

Director of the United States
Patent and Trademark Office

