## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JAMES AVERY CRAFTSMAN, INC.,

     Plaintiff,

 v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

     Defendants.

Case No. 26-cv-00245

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff James Avery Craftsman, Inc. ("Plaintiff" or "James Avery") files this Motion requesting leave to file the following documents under seal:

(1) Schedule A attached to the Complaint, which lists the fully interactive e-commerce stores operating under the seller aliases (collectively, the "Seller Aliases") and the corresponding e-commerce store URLs on the Online Marketplaces;

(2) Exhibit 1 to the Complaint and Exhibit 1 to the Declaration of Florentino Posada, which include the names of the Seller Aliases along with examples of their respective counterfeit items;

(3) Exhibit 3 to the Complaint and Exhibit 3 to the Declaration of Florentino Posada, which include printouts of the e-commerce stores operating under the Seller Aliases; and

(4) Exhibit 4 to the Complaint and Exhibit 4 to the Declaration of Michael J. Word, which include order confirmations showing the names of the Seller Aliases.

In this action, Plaintiff is requesting temporary *ex parte* relief based on an action for copyright infringement, trademark infringement, counterfeiting, and false designation of origin. Sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and interfere with this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these documents.

Dated:   January 9, 2026                    Respectfully submitted,

                                            */s/ Michael J. Word* _____
                                            Michael J. Word
                                            Diego F. Freire
                                            DYKEMA GOSSETT PLLC
                                            10 South Wacker Drive
                                            Suite 2300
                                            Chicago, IL 60606
                                            (312) 876-1700
                                            MWord@dykema.com
                                            DFreire@dykema.com

                                            J. Daniel Harkins (*pro hac vice* forthcoming)
                                            Michael P. Collier (pro hac vice forthcoming)
                                            DYKEMA GOSSETT PLLC
                                            112 E. Pecan Street, Suite 1800
                                            San Antonio, Texas 78205
                                            (210) 554-5500 (Phone)
                                            (210) 226-8395 (Fax)
                                            DHarkins@dykema.com
                                            MCollier@dykema.com

                                            *Attorneys for Plaintiff James Avery Craftsman, Inc.*