IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES AVERY CRAFTSMAN, INC.,<br><br>              Plaintiff,<br><br>  v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE A,<br><br>              Defendants. | Case No. 26-cv-00245 |

**PLAINTIFF JAMES AVERY CRAFTSMAN, INC.'S**
**CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Plaintiff James Avery Craftsman, Inc., a private non-governmental party, certifies that certain individuals of the Avery Family, including trusts and limited partnerships owned and controlled by members of the Avery Family, own or control more than 5% of the company's outstanding shares, and that there are no other entities or individuals owning 5% or more of its stock.

Dated:   January 9, 2026

Respectfully submitted,

*/s/ Michael J. Word*_____
Michael J. Word
Diego F. Freire
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
MWord@dykema.com
DFreire@dykema.com

J. Daniel Harkins (*pro hac vice* forthcoming)
Michael P. Collier (*pro hac vice* forthcoming)
DYKEMA GOSSETT PLLC

112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500 (Phone)
(210) 226-8395 (Fax)
DHarkins@dykema.com
MCollier@dykema.com

*Attorneys for Plaintiff James Avery Craftsman, Inc.*