IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES AVERY CRAFTSMAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 26-cv-00245 |

## NOTICE OF CLAIMS INVOLVING TRADEMARKS

Pursuant to Local Rule 3.4, Plaintiff James Avery Craftsman, Inc. ("James Avery" or "Plaintiff") hereby provides notice of claims involving its trademarks. The information required by 15 U.S.C. § 1116(c) for each trademark is as follows:

1. Names and addresses of the litigants:

    James Avery Craftsman, Inc.
    145 Avery Road
    Kerrville, TX 78028

    The Partnerships and Unincorporated Associations Identified on Schedule A
    Addresses Unknown

2. Numbers of the registrations upon which the action has been brought:

| US Registration No. | Mark |
|---|---|
| 1,045,381 | AVERY |
| 1,046,775 | AVERY |
| 1,094,375 | [JA logo] |
| 1,422,771 | JAMES AVERY |

| US Registration No. | Mark |
|---|---|
| 4,510,674 | |
| 6,016,213 | |

Dated: January 9, 2026

Respectfully submitted,

*/s/ Michael J. Word* _____
Michael J. Word
Diego F. Freire
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 876-1700
MWord@dykema.com
DFreire@dykema.com

J. Daniel Harkins (*pro hac vice* forthcoming)
Michael P. Collier (pro hac vice forthcoming)
DYKEMA GOSSETT PLLC
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500 (Phone)
(210) 226-8395 (Fax)
DHarkins@dykema.com
MCollier@dykema.com

*Attorneys for Plaintiff James Avery Craftsman, Inc.*

2